**IT IS SO ORDERED.**

s/*Pamela A. Barker*

**PAMELA A. BARKER,**
**U.S. DISTRICT JUDGE**

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| BESTLAMINATE, INC., | ) | CASE NO. 1:22-cv-01672-PAB |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE PAMELA A. BARKER |
| v. | ) | |
| | ) | |
| SOFTWAREHUT, LLC., | ) | **STIPULATED NOTICE OF DISMISSAL** |
| | ) | |
| Defendant. | ) | |

The parties, through their undersigned attorneys, having settled this action pursuant to a Settlement Agreement between them, hereby agree to dismiss this case with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). The parties further stipulate that each party shall bear its own costs and attorneys' fees.

Respectfully submitted,

*/s/ Daniel L. Messeloff*

Daniel L. Messeloff (0078900) – Trial Attorney
FISHERBROYLES, LLP
600 Superior Avenue East, Suite 1300
Cleveland, OH  44114
Phone: 216.346.3824
Email:  daniel.messeloff@fisherbroyles.com

*Attorney for Plaintiff BestLaminate, Inc.*

Christina J. Marshall (P81471)
MILLER CANFIELD
840 W. Long Lake Road, Suite 150
Troy, MI 48098
Phone: (248) 267-3256
Email: marshall@millercanfield.com

*Attorneys for Defendant SoftwareHut, LLC*

41562114.1/158899.00004